PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision



FILED
JAMES BONINI
CLERK

06 JUL 12 AM 10: 36

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST DIV. CINCINNATI

Name of Offender: **Kevin Wayne Gregor**                Case Number: **CR 1-00-83**

Name of Sentencing Judicial Officer:   **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **April 2, 2001**

Original Offense: **Bank Embezzlement, in violation of 18 U.S.C. § 656**

Original Sentence: **12 months and one day in prison, 60 months of supervised release, $34,213.19 in restitution, and a $100 special assessment**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **March 22, 2002**

## SUPERVISION SUMMARY

Gregor has an outstanding restitution balance of $34,213.19. Although Gregor has occasionally been late making his monthly payment, he has made a good faith effort to comply with his payment agreement. He has completed a Financial Statement of Debtor and a Consent Agreement which have been submitted to the Financial Litigation Unit within the United States Attorney's Office. Fifth Third Bank, who is the victim, has been notified that Gregor's term of supervised release will likely expire on March 21, 2007 with a restitution balance.

Respectfully Submitted By,

*Mark R. Grawe*
Mark R. Grawe
United States Probation Officer

Reviewed By,

*John C. Cole*
John C. Cole
Supervising United States Probation Officer

Date: June 30, 2006

U.S. Probation Officer Action: **It is respectfully recommended that Gregor's term of supervised release be allowed to expire with a restitution balance.**

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

*Signature*
Signature of Judicial Officer

7/10/06
Date