IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. CR 1-00-83 |
| Kevin Wayne Gregor ) | |
| ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on supervised release on March 22, 2002 for a period of five. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

_____
Chief United States District Judge

July 25th, 2006
_____
Date