# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO: 1:00-cr-83** |
| **vs.** | ) |
| | ) |
| **KEVIN W. GREGOR,** | ) **CHIEF JUDGE BECKWITH** |
| | ) |
| **SSN: XXX-XX-7988** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Potbelly Sandwich Works** | ) |
| | ) |
| **Garnishee.** | ) |

## ORDER FOR  A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.


DATE: January 3, 2007                    s/Sandra S. Beckwith
                                         Sandra S. Beckwith, Chief Judge
                                         United States District Court