**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>**Plaintiff** )<br> )  **CASE NO:  CR-1-00-83**<br>vs. )<br> )<br>**KEVIN W. GREGOR,** )  **JUDGE BECKWITH**<br> )<br>**SSN: XXX-XX-7988** )<br>**Defendant,** )<br> )<br>**and** )<br> )<br>**Potbelly Sandwich Works** )<br> )<br>**Garnishee.** ) | |

<u>**CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
AND ON GARNISHEE**</u>

This is to certify under penalty of perjury that on January 22, 2007, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Kevin W. Gregor , 74 Rollingwood Dr, Mainville, OH  45039.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto as "Exhibit A" is a copy of the return receipt card evidencing the receipt of said mailings on January 30, 2007.

I further certify under penalty of perjury that on January 22, 2007, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Potbelly Sandwich Works, Attn: Human Resources, 222 Merchandise Mart, Chicago, IL 60654.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto as "Exhibit B" is a copy of the Return of Service document evidencing service on January 25, 2007.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney


    s/ Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio  43215
    (614) 469-5715