**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 22 JAN 2007 |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Post | | |

Sent To: Potbelly Sandwich Works
Street, Apt. or PO Box: Attn: Human Resources
City, State: 222 Merchandise Mart
23rd Floor
Chicago, IL 60654

7003 3110 0005 0228 2075

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Potbelly Sandwich Works
Attn: Human Resources
222 Merchandise Mart
23rd Floor
Chicago, IL 60654

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MASSIMO MALLOZZI
C. Date of Delivery: 1/25/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0005 0228 2075

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540


PLAINTIFF'S EXHIBIT B