**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO** JAMES BONINI
**WESTERN DIVISION** CLERK
FILED

07 FEB 12 PM 1: 34

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: CR-1-00-83 |
| vs. | ) |
| | ) |
| KEVIN W. GREGOR, | ) JUDGE BECKWITH |
| | ) |
| SSN: XXX-XX-7988 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Potbelly Sandwich Works | ) |
| | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
         (Affiant)

A.    That he/she is the _____ (state official title, relationship, etc.) of

Garnishee, Potbelly Sandwich Works.

B.    On ___Feb. 2___, 2007, Garnishee was served with the Writ of Continuing

Garnishment. As of this date of service Garnishee has custody, control or possession of

earnings because the Debtor is or was in my/our employ. __✓__ Yes _____ No. (If the

answer is yes, complete items 1 and 2 below):

1.    Debtor's pay period is _____ weekly, __✓__ bi-weekly, _____ semi-monthly,
       _____ monthly. Enter the date the present pay period began. _1/29/07_ ("Present"
       means the pay period in which this order and notice of garnishment were served)
       Enter the date the above pay period ends. _2/11/07_

2. The amount of the Debtor's net wages are:
   a) Gross Pay                                    1826.92
   b) Federal Income Tax                            112.12
   c) F.I.C.A. Income Tax         139.77 49.15 qw. Local 38.37
   d) State Income Tax                               49.15
   e) Total of tax withholdings                            339.41
   f) Net Wages ( total is (a) less total of (e))          1487.51
   Debtor also has a 401-K deduction of 182.69

C. Have there been, or are there currently, other garnishments in effect? (Including, but not

limited to, child support and alimony.) _____ Yes ___✓___ No.

   If the answer is yes, describe below.

   _____

   _____

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings

property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an

interest. _____ Yes _____ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Bonus | | (Monthly bonus varies) |
| 2. | | |
| 3. | | |
| 4. | | |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings

only):

| Amount | Estimate Date or Period Due | |
|---|---|---|
| 1. $ _____ | 2/16/07 | |
| 2. $ _____ | 3/16/07 | Bonus amts. vary |
| 3. $ _____ | 4/27/07 | |
| 4. $ _____ | 5/25/07 | |

F.    Complete items 1 through 3 below, if applicable:

    1.    The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

        N/A

    2.    The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

        N/A

    3.    The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

        Not indebted or under liability to the Debtor, Not liable

G.    The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail

to:

    (1) Clerk, U.S. District Court:

        Clerk U.S. District Court
        U.S. Postoffice & Courthouse
        Rm #103
        Cincinnati, OH  45202

    (2) the Debtor:

        Kevin W. Gregor
        74 Rollingwood Dr
        Mainville, OH  45039

(3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401

Janice Woods - 312-475-3855
_____
Garnishee & Telephone Number

Subscribe and sworn to before me this    5    day of   Feb.    , 2007.

_____
Notary Public
My Commission expires: 12/03/2010

"OFFICIAL SEAL"
GAYLE A. NIKEL
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 12/03/2010

## ATTACHMENT TO ANSWER OF GARNISHEE

**The Original Answer must be mailed to:**

Clerk U.S. District Court
U.S. Postoffice & Courthouse
Rm #103
Cincinnati, OH  45202

**and a copy of this Answer to:**

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401

**and a copy of this Answer to the Defendant:**

Kevin W. Gregor
74 Rollingwood Dr
Mainville, OH  45039