IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN W. GREGOR, )<br>)<br>SSN: XXX-XX-7988 )<br>Defendant, )<br>)<br>POTBELLY SANDWICH WORKS, )<br>)<br>Garnishee. ) | CASE NO. CR-1-00-83<br>CHIEF JUDGE BECKWITH |

MOTION TO MODIFY GARNISHEE ORDER

Now comes the United States of America who, based upon Defendant's request as well as Defendant's current financial status, respectfully requests that the Court modify the Garnishee Order in this case filed March 8, 2007 (doc. 27) to order the Garnishee, Potbelly Sandwich Works, to pay the Plaintiff $125.00 bi-weekly as opposed to the twenty-five percent (25%) of the Defendant's disposable earning (less any court ordered child support) as ordered in the aforementioned Garnishee Order.

Accordingly, the Plaintiff moves the Court to modify the Garnishee Order, filed March 8, 2007 (doc. 27), to order the Garnishee, Potbelly Sandwich Works, to pay the Plaintiff $125.00 bi-weekly from Defendant's disposable earning.

        GREGORY G. LOCKHART
        United States Attorney

        s/ Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        303 Marconi Boulevard
        Suite 200
        Columbus, Ohio 43215
        (614) 469-5715

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Modify Garnishee Order was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this ____11th_____ day of _____May_____, 2007 upon Defendant, Kevin G. Gregor, at 74 Rollingwood Dr., Mainville, OH 45039 and upon Garnishee, Potbelly Sandwich Works, at 222 Merchandise Mart, 23rd Floor, Chicago, IL 60654.

        s/ Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney