IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:00-cr-83 |
| | ) | CHIEF JUDGE BECKWITH |
| KEVIN W. GREGOR, | ) | |
| | ) | |
| SSN: XXX-XX-7988 | **)** | |
| Defendant, | ) | |
| | ) | |
| POTBELLY SANDWICH WORKS, | ) | |
| | ) | |
| Garnishee. | ) | |

ORDER MODIFYING GARNISHEE ORDER

Upon motion of the United States, filed May 11, 2007 (doc. 28) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Garnishee Order issued by this Court on March 8, 2007 (doc. 27) be modified to order the Garnishee, Potbelly Sandwich Works, to pay the Plaintiff $125.00 bi-weekly from the Defendant's disposable earning.

**IT IS SO ORDERED**.

DATE:  May 15, 2007                                         s/Sandra S. Beckwith
                                                                                                         Sandra S. Beckwith, Chief Judge
                                                                                                          United States District Court